IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZACHERY TREY ALLEN                                                                                  PLAINTIFF

v.                                      Case No. 4:23-cv-00198-KGB

STEVEN D. BROWN, et al.                                                                         DEFENDANTS

## ORDER

Before the Court are the proposed findings and recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 48). The Court has reviewed the Recommendation (*Id.*). No party has filed objections to the Recommendation, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court: (1) dismisses without prejudice *pro se* plaintiff Zachary Trey Allen's conditions of confinement claims for failure to state a claim upon which relief can be granted (Dkt. No. 15); (2) to the extent that Allen alleges a separate claim against defendants Steven D. Brown, Jody Robertson, Todd Ball, and Antonio D. Johnson, Jr. ("Defendants") for "deliberate indifference to my clearly established rights," dismisses without prejudice Allen's claim for failure to state a claim upon which relief can be granted (Dkt. No. 15, at 6); (3) denies as moot Defendants' motion for partial summary judgment with respect to Allen's conditions of confinement claim against Robertson (Dkt. No. 42); and (4) grants Defendants' motion for partial summary judgment with respect to Allen's sexual assault/harassment claims and failure-to-take-corrective-action claims, dismissing without prejudice those claims for failure to exhaust available administrative remedies (*Id.*). Having dismissed without prejudice all of the claims in Allen's second amended complaint, judgment will be entered accordingly.

It is so ordered this 15th day of September, 2025.

                                                                          _____
                                                                          Kristine G. Baker
                                                                          Chief United States District Judge